UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

---------------------------------------x
DEQUISHA BENNET,

               Plaintiff,

vs.

TRANS UNION, LLC,

               Defendant.
---------------------------------------x

Case No.: 1:20-cv-05304-MLB-RDC

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT TRANS UNION, LLC**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Dequisha Bennet and or their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant TRANS UNION, LLC.

DATED:  February 1, 2021        **THE OAKS FIRM**
                                        MISTY OAKS PAXTON, ESQ.

                                        */s/ Misty Oaks Paxton, Esq.*
                                        MISTY OAKS PAXTON, ESQ.

3895 Brookgreen Point
Decatur, Georgia 30034
Tel: (404) 725-5697
attyoaks@yahoo.com

**COHEN & MIZRAHI LLP**
EDWARD Y. KROUB
DANIEL C. COHEN
MOSHE O. BOROOSAN
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
Telephone: 929/575-4175
929/575-4195 (fax)
edward@cml.legal
dan@cml.legal
moshe@cml.legal

*Attorneys for Plaintiff Dequisha Bennet*